74091 PRO-SE BRANCH
COMPLAINT & SUMMONS   (This form replaces CCMD-138-3, CCM1 600 and CCMD 111-6)   (Rev. 3/14/01)   CCM 0138

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, _____ DISTRICT

Daniel O'Brien

_____ **Plaintiff**

v.

Intuitive Surgical Inc.

_____ **Defendant**

Case No. _____

Amount Claimed $ 2,500,000.00

Return Date _____

Trial Date _____

Court Room _____ Time _____

### PRO SE COMPLAINT

The Plaintiff states that he/she has a claim against the Defendant in the amount of $ 2,500,000.00 and court costs. The claim arose on or about April 29 , 2009 as a result of the following events: The Petitioner underwent a pancreatic and islet cell transplant utilizing the Defendants product, the DaVinci Surgical Robot which was developed and sold by Intuitive Surgical. The transplant failed due in large to the defect of the robot and caused grievous and life threatening harm to the Plaintiff. See attached document for futher info,

The Plaintiff has demanded payment of said sum and the Defendant has refused to pay the same and no part thereof has been paid.

~~Defendant~~ PLAINTIFF resides at 203 Regency Drive Apt 629 _____ Phone 224-654-9033

~~Plaintiff~~ DEFENDANT resides at 1266 Kifer Road, Building 101 Sunnyvail California 94086 Phone 408-523-1390

The Plaintiff on oath states that the allegations of this complaint are true and that he/she has not filed more than three (3) complaints in this court within the last year.

The undersigned above certifies that the statements set forth above are true and correct.

_____ **Plaintiff**

[ Under penalties as provided by law pursuant 735 ILCS 5/1-109. ]

### SUMMONS

#### TO THE ABOVE NAMED DEFENDANT - YOU ARE SUMMONED AND REQUIRED:

1. To file, or have your attorney file, a written appearance in Room _____, _____, Illinois, by _____ M., on _____, _____

2. The case will be referred to a mediator for settlement. If the case is not settled, the matter will be set for trial at _____ M. the same day.

3. To bring any witnesses, documents, photographs, repair bills and estimates you have to support your claim or defense.

4. An answer is not required unless ordered by the Court.

5. IF YOU FAIL TO APPEAR, A JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT ASKED IN THE COMPLAINT PLUS COSTS.

Witness _____, _____

_____
Clerk of C____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILL**

EXHIBIT
A

## PRO SE COMPLAINT AND AFFIDAVIT IN SUPPORT OF LAWSUIT

### UNITED STATES OF AMERICA

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Daniel O'Brien
Plaintiff

**Case Numbers**

VS.



2009L064021
CALENDAR/ROOM L
TIME 00:00
Product Liability

Intuitive Systems
Defendant

**Name**: Daniel Joseph O'Brien
**Cook County Attorney Number** Pro Se
**Attorney for**:
**Address** 203 Regency #629
**City/ State/Zip** Bloomingdale,IL 60108
**Telephone** 224-653-9033


DANIEL O'BRIEN, on oath declares as follows,

1. I am the Petitioner in the above entitled matter.
2. That the following facts are true to the best of my belief and knowledge and if called as a witness, I
   could and would competently testify thereto.

l

**COMPLAINT**

2009L064021
CALENDAR/ROOM L
TIME 00:00
Product Liability

1.  The Petitioner underwent a pancreatic and islet cell transplant utilizing the Defendants product, the DaVinci Surgical Robot

2.  The transplant failed due in large to the defect in the robot and caused grievous and life threatening harm to the Plaintiff

3.  The failure and subsequent harm are indisputable, as evidenced by various reports to the FDA, surgical notes and the massive scar across the Plaintiffs stomach. The Plaintiff has been rendered disabled for life due to the product and the Defendants negligence.

4.  The Petitioner was ill with a single ailment pre-surgery but the Petitioner has post surgery developed 5 new Social Security Administration recognized ailments, those being gastroparesis, peripheral neuropathy, surgically induced Type I diabetes, malnutrition and PTSD, all due fully or in part by the failure. The Petitioner is now working with a group of physicians at another hospital but it is obvious the device caused the damage and the Petitioner will never work again per the Social Security Administration. The Defendant lost 30 pounds post surgery, is weak and sick most of the time, can't sleep because of the PTSD for which he is being treated by a mental health professional, has a hard time interaction with his children, family and friends and rarely travels outside of his apartment, which he was forced into by his illness as he had to sell his home to pay medical bills, in addition to losing all of his savings.

5.  The operator, (a specially trained physician) of the robot, was declared the "Mozart" of the by the Petitioners surgical physician and therefore fully trained in the operation of the robot, yet the robot failed.

**Background**

1   The surgeon was forced, due to the defect, in the course of surgery, to convert the surgery to a conventional type of surgery, forcing the surgeon to cut the Defendant when it was agreed a conventional surgery would not be performed. The Defendant now has a 14 inch scar across his abdomen and suffers severe pain in addition to the ailments above.

2   The Petitioner did not realize the extent of the failure until April 2009, when he first read the surgical report and the in November 2009, when he read the FDA report.

2

3    The Petitioner believes the statute of limitations on the defective medical device and the possible surgical malpractice statute of limitations should begin on April 1 2009, rather than the date of the surgery as the Petitioner did not realize the full extent of damage until that date both by the Defendants product and the physician actions when the device failed.

4    The Petitioner in a large part due part to the Defendants product, has been rendered permanently disabled by The Social Security Administration and is now unable to seek and kind of future employment, whereas his previous position was Vice President of a Fortune 100 company.

5    The failure of the device is recorded both by the FDA and by the physician himself. (Exhibits B and C)

6    The Petitioner had been approached by his doctors on numerous occasions regarding a conventional transplant. The Petitioner refused for a number of reasons, primarily that it was not needed and that a conventional surgery would require approximately a year to heal and result in more organs being removed. The Petitioner was eager to go back to work. The sole reason the Petitioner agreed to the surgery was the DaVinci system, as outlined in an email to former business colleagues and for no other reason. (Exhibit A)

7    The Petitioner was first fully introduced to the DaVinci surgical robot in November 2007 and after long discussions was told the device would enable him to have a 3 day hospital stay and a 3 month or less recovery time. The Petitioner was actively involved in a job search as he was feeling better and gave up a high level position in order to undergo the transplant.

8    The Petitioner mainly agreed to the surgery because he was under the influence of massive amounts of mind altering drugs administered by the hospital. He signed the consent form under the influence and was not capable of making a rational decision. The defendants Medical POA was not notified nor consulted.

9    During the course of the surgery, the machine failed (Exhibits B and C). Numerous attempts were made to either mitigate the failure of the device and the doctors have continually, to this day say that he would be "fine". By reading the surgical report, the physicians were well along in the procedure when the final failure occurred thus causing grievous harm to the Plaintiff. The device failed 3 times during surgery, was

3

repaired and put back into service.

10   The Petitioner subsequently has required 7 hospital admissions for malnutrition, and expects many hospital stays for the rest of his life, that were caused by the failure of the device. The device has been used successfully a number of times for the same operation and the failure was unusual but not resolved by Intuitive Surgery.

11   To quote the physician "*Unfortunately, we will have constanly dysfunction of the da Vinci robot  system and despite contacting the company we will not be able to continue to operate the system and we will have to convert to open surgery.*" The Petitioner received the surgical report until April 2009, which in turn enabled him to first realize the extent of damage

12   Intuitive Systems felt fit to send an employee to assist in the first attempt at this hospital for this type of surgery by the name of Rita Hamilton. In negligence, Intuitive Surgical felt that the Petitioners surgery, which was more complex, that telephone support would be sufficient. The Defendant was negligent in not sending a representative of the company as they previously did they did 6 months earlier, for the same, although less complex of surgery "type", of surgery, and doing so would or could have prevented the failure.

13   The Defendant was negligent in not recommending the surgery be halted when the first of three error codes appeared. Instead, they made attempts to "fix" the machine via telephone technical support.  That appears to be early in the surgery.

14   While the Petitioner was already disabled prior to surgery buy was on the SSA "Ticket to Work" as the Petitioner was feeling better.

15   The Petitioner has post surgery developed 5 new Social Security Administration recognized ailments, those being gastroparesis, peripheral neuropathy, diabetes and malnutrition and PTSD, all due fully or in part by the failure. The damage to the Petioner by the Defendants product is physiologically unknown and is working with a group of physicians at another hospital but it is obvious the device caused the damage and the Petitioner will never work again per the Social Security Administration.

16   The Petitioner has sought second opinions or information at various hospitals,

In person at
1.   University of Minnesota Medical

2. University of Chicago
3. Elmhurst Memorial
4. Central DuPage
5. Johns Hopkins

And via email with

1. University of Illinois Medical Center
2. University of Southern California Medical Center
3. Cleveland Clinic
4. Mayo Clinic
5. Intuitive Surgery (Manufacturer of the DaVinci Surgical Robot)
6. Duke University School of Medicine
7. Mount Sinai
8. Ronald Reagan Medical Center UCLA
9. University of Massachusetts

17    The da Vinci Operator submitted a false surgical report, composed 68 days after the surgery. The Petitioner had never met the Operator until after the surgery and then it was short 1-2 minute conversation for a total of 5 minutes more or less. This report was an effort to mitigate the damage and divert any kind of lawsuit, either against them or Intuitive Surgical.

18    A false report was sent to the FDA regarding the incident. In addition, the physicians told me a failure of the device was "impossible". Their surgical reports are composed of statements meant to cover up the device problem and perhaps lead me the Petitioner not to file a malpractice case.

19    The device is not a simple one and is quite complex. The following is a picture of the device.



20   The pre and post photo's of me show the dramatic change which was due to the failure of the device (Exhibit D)

21   Due to my illness, I lost my home, my job, all retirement savings and my marriage ended. In the effort to become well, I agreed to allow the doctors to use this device as a means to become well, only to have the device fail mid-surgery and leave me much sicker than I was, hence amount sought.

## Summary

WHEREFORE, DANIEL prays that this Honorable Court find:

1.   The da Vinci surgical device failed and was a major  part caused the failure of the surgery.

2.   The Petitioner did not realize the extent of the failure until April 2009.

3.   The Petitioner believes the statute of limitations on the defective medical device and the possible surgical malpractice statute of limitations should begin on April 1 2009, rather than the date of the surgery as the Petitioner did not realize the full extent of damage until that date both by the Defendants product and the physician actions when the device failed.

4.   The Petitioner in a large part due part to the Defendant product, has been rendered permanently disabled by The Social Security Administration and is now unable to seek

future employment. The Petitioners historical earnings were in excess of $200,000.00 dollars a year and due to the failure, while the Petitioner was 48 years old, left the Petitioner permanently disabled for the remaining 17 years of his career.

5. It is clear the Defendants product failed in the middle of the surgery as noted by the doctor and the FDA which are included in (Exhibit B). The fact of the failure is indisputable.

6. The petitioner seeks damages in excess of $2,500,000.00 and all legal and court cost including any Expert Witness my eventual attorney will need.

7. Petitioner is willing to go to mediation to settle any award.

8. That the normal 30 days until hearing starts be extended to 90 days in order for the Plaintiff find competent legal representation.

9. The statuary Statute of Limitations commencement date be recognized as April 1, 2009, for the surgery as that is the first time the Plaintiff realized the extent of damage caused by the device.. The Petitioner has continually been told he will be fine by his physicians, even with numerous hospital stays.

### CERTIFICATION

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies that I verily believes the same to be true.

Petitioner _____

Date _12-7-09_____

Name: Daniel Joseph O'Brien
Address 203 Regency #635
City/ State/Zip Bloomingdale,IL 60108

7

# (Exhibit A)

**This is email to colleagues that clearly shows I elected the surgery based solely on the Da Vinci System**

| | |
|---|---|
| Subject: | To my Friends |
| Date: | 12/11/2007 4:26:12 A.M. Central Standard Time |
| From: | Danielobrien1000 |
| To: | Danielobrien1000 |

BCC (Alex.Buonincontri@techdata.com), (bumps0@comcast.net),(bunny4804@aol.com), (cainmarko1984@aol.com),(chrisvonkondrat@singlesourcesales.com),(connie.miller@tais.toshiba.com),(Craig.Boura@dupageco .org),(devangreb),(dsam2u@comcast.net),(dserritella@lith.org),(elev1@tampabay.rr.com.readnotify.com),(evansk013@hawaii.rr. com),(gernest@comcast.net),(hope199@gmail.com),(Howard.McBride@tais.toshiba.com),(Javagirl1976@hotmail.com),(jburgess @bcdsales.com.readnotify.com),(jeff.taber@techdata.com),(Jewlsander1020@comcast.net),(jim_marshall@ea.epson.com),(jmar ks1220@jdmi.net),(jserra@nweq.com.readnotify.com),(jsheehan@necdisplay.com),(jwolande@hdroadie.tv),(kat11100@bellsout h.net),(ke_gina@hotmail.com),(klein.barbara@charter.net),(lauries1st@aol.com),(lucky@wdc1.com),(mcap@ameritech.net),(msi sco@weststarlending.com),(mwhite@sharknet.com. teadnotify.com),(nancy.Kline@dupageco.org),(peneesmile@aol.com),(pete.peterson@techdata.com),(raffs58@sbcglobal.net),(rb auers@aol.com),(sactoms3@aol.com),(saddlesore78@yahoo.com),(scottcmp@aol.com),(steve.woo@att.net),(smittyx03@aol.co m),(Terri.Burback@dupageco.org),(t.roseanne7@gmail.com),(wackyjacky_12345@yahoo.co.uk),(Wilshire@townmgmt.com),(zep floyes@yahoo.com),(drfeelgoodwa@comcast.net),(richard.brooke@sbcglobal.net),(greg@beercanworld.com),(rdemarzo@cmp.c om),(suboxman@aol.com),(timlincoln@aol.com),(Gstinsa@aol.com),(hawkinnc45@nccray.net),(rstinsa@aol.com),(kiler@4gtf.co m),(kiler@icpcorp.com),( scampbell@cmp.com),(bwilkes@jdmi.net),( jsheehan@necmitsubishi.com),( scott_dunsire@hp.com),( tim.lytle@timlytle.com)

Well, to my friends (and you are one if you are reading this email), the message serves two purposes, one is to wish you all Happy Holidays! I needed to get that out of the way as this Christmas, as I do not if I will be home!

I am informing you of the following because there has been some confusion of exactly what my situation is, which was bound to happen anyway and I have been mitigating the seriousness of my situation (and still am I suppose). If you know someone who might be interested, feel free to forward this email to them.

As some of you know, a couple years  back, I became extremely ill, being hospitalized 23 times and going through some major procedures (and misdiagnosis) until it seemed hopeless. At first, I was diagnosed with pancreatic cancer with 6-12 months to live and lived with that diagnosis for over 2 months.

My body had stopped processing food normally and I was in unbearable pain. In fact,  it stopped processing food at all and my weight dropped from 190 pounds to 115 pounds. I and my prognosis looked fairly grim.  In order to keep me alive, they inserted a PICC line into me. A PICC is a peripherally inserted central catheter, which is basically a permanent IV line, to which a huge bag of liquid nutrients was attached for 20 hours a day. I was hooked up to this contraption for over a year and had no food and very very little liquid by mouth.

Twice, because of my PICC line, I went into septic shock (sepsis) and almost died. At one point, I was in a coma for over a month and was given Last Rights, otherwise known as the sacrament of the Anointing of the Sick.

8

After months of searching for new doctors or an alternative, I was directed to the University Of Illinois Medical Center, one of the best hospitals in the world and a teaching hospital. They accepted me as a patient and I finally had a complicated procedure called an ERCP which determined that I did not have pancreatic cancer. A relief to say the least. So what was the problem? The problem was that I have a number of large pre-cancerous cyst that formed on my pancreas. My Grandfather died of pancreatic cancer. It scarred the common bile duct where the digestive enzymes empty from the pancreas into the duodenum which is basically where food is actually broken down to a molecular level.

Instead, the enzymes couldn't leave the pancreas and began digesting the pancreas itself internally. This has a high mortality (70%) rate and is not reversible. The pain is incredible and I have been extremely weak.

The PICC was removed because of the constant septic infections and the outlook was not good.

I spent the last year basically doing everything I could to gain weight and become more healthy and I have gained 25 pounds, that's to pancreatic enzymes I take orally. So I look a btter. Much better than I even did a year ago, which was pretty bad.

However, in July, they deemed my situation "no longer medically manageable" and suggested a transplant,  which I rejected. It would require a 12-14 inch incision horizontally and 4-5 inch one vertically and was much too invasive. Plus, I was being my normal stubborn self and to be honest, pretty tired of the whole thing.

I reentered the hospital in early November (my 23rd visit). This time, they offered me an alternative, a variety of transplant known as a TP/ICT (or otherwise known as a total pancreatectomy / islet cell transplant.). Islet cells are the cells that produce insulin. And if my OWN islets were still "good", it could be done autologous, meaning, they could use some of the islets from my own pancreas, making rejection far less likely.

TP/ICT is a very complicated surgery even when done normally. The pancreas is removed (part or whole) and taken to a lab where the islet cells are harvested, brought back and then injected into the portal vein in the liver. The liver then begins producing insulin, being "tricked" into thinking it is a pancreas. It is still somewhat experimental but a lot of success. It holds a lot of promise for people who are diabetic. I am not diabetic (but 50% chance I will be after this).

I wont go into the total gory details, but my problem is my pancreas itself is so damaged the entire pancreas will be removed. In addition, I have developed an aneurysm on my spleen, my duodenum is non-functioning and obviously, my little gall bladder needs to go because that is probably what caused this to begin with.  In addition, my pancreas shares a common duct with my gall bladder and liver (this is the duct that became cancerous in Walter Payton and killed him) and there are problems there.

Again, it was VERY invasive and I declined.

However (and I am VERY lucky for this), my specialist is a professor at UIMC, who as a group

9

have pioneered the use of what I s best described as amazing technology called the DaVinci Surgical System. It has been in the press a lot lately so you may have heard about it. Instead of the surgeon using his own hands, he is seated at a highly advanced computer console (hope it's not running Vista!) and using 3-D imagining technology and robotics, controls the DaVinci robot which actually is doing the surgery. No surgeon will be touching me during the entire process. The TP/ICT procedure via DaVinci is new, with me being the 2nd patient in the world they are attempting it on. The first operation, done in June, was successful although less complicated. There is a huge benefit to this type of surgery, primarily in precision, recovery time and the amount they will have to cut.

<u>I have agreed to go through with it via DaVinci.</u>


Today, I am entering the University of Illinois Medical Center (and the Walter Payton Liver Center) for the procedure. I am scheduled for the surgery Friday and was supposed to enter Thursday but they scheduled a last round of tests for Tuesday and I have not been feeling well at all, so they are probably going to admit me today. Latest  tomorrow. There will be 4 surgeons in the operating theatre with me. I must say though, I would not be doing this unless I had faith in the technology or technology in general. It's been my life for 25 years. It's about time I actually put my money with my mouth is and let the computers handle things. My lead surgeon is Dr. Jose Oberholzer, associate professor of surgery and bioengineering.

You can read about Dr. Oberholzer from this magazine article from Chicago Magazine. He is on the cover.

http://www.chicagomag.com/Chicago-Magazine/January-2007/


An amazing video of how DaVinci actually work is attached to this link

http://www.intuitivesurgical.com/products/da_vinci_video_overview.aspx

I know this seems like science fiction and trying to figure out if that was a demo or a clip from a Star Trek movie. I assure you, it's true and I am doing this because of my faith in my doctors and more importantly, my faith in technology. As soon as I saw the technology involved, I said yes immediately.


DaVinci has been used for a couple of years for things such as prostrate removal, hysterectomies and heart valve repair, but not for transplants or surgery this complicated. To read more about this amazing technological advancement.

http://www.intuitivesurgical.com/products/davinci_surgicalsystem/index.aspx


The first patient, named Terry Near, went through this last June, and the story follows:

First-Ever Robotic Pancreatectomy Successful

ScienceDaily (Jun. 1, 2007) — Surgeons at the University of Illinois Medical Center at Chicago performed a groundbreaking robotic pancreatectomy in a 39-year-old man to relieve him of debilitating pain. They also performed an autologous islet cell transplant to prevent him from developing surgical diabetes.

Terry Near, of Rock Falls, Ill., is the first patient in the world to undergo a pancreatectomy, or removal of the pancreas, using robotic surgery, said Dr. Jose Oberholzer, associate professor of surgery and bioengineering at UIC and director of cell and pancreas transplantation at the medical center.

Near was diagnosed with pancreatitis in 2002 and underwent surgery to drain a pancreatic pseudocyst. Since then, his chronic familial pancreatitis has caused sporadic severe bouts of pain and left him unable to continue his work as a prison guard.

During surgery, physicians inserted the laparoscope and robotic arms of the da Vinci surgical system through five small incisions in the patient's abdomen. The pancreas was then removed through a two-inch incision.

"Removing a chronically inflamed pancreas in a patient with chronic pancreatitis is a very difficult operation, even with a large incision," Oberholzer said. "We were surprised to experience that doing this surgery with the robotic system made it almost easier than doing the case via a large incision with the open technique."

Oberholzer said the robotic surgery allowed him to carefully preserve the spleen, which is usually removed during a pancreatectomy.

Robotic-assisted minimally invasive surgery provides a level of dexterity not possible with traditional laparoscopic instruments. While seated at a surgical console, physicians view the operating field in 3-D and use computerized controls to precisely manipulate instruments inside the patient, with 360-degree range of motion.

After removing 60 percent of Near's pancreas, physicians prepared the gland in the hospital's state-of-the-art lab designed to isolate the insulin-producing cells of the pancreas, called islets. The islet cells were then taken back to the operating room, where they were injected through a catheter into a vein in the patient's liver. Without a pancreas to produce insulin, Near would need insulin for the rest of his life. By transplanting the patient's own islets cells, there is no risk of rejection as in other organ transplants, and the cells lodge in the liver and make insulin.

Compared to his first open pancreatic surgery, Near says "recovery is definitely a lot faster."

Near was discharged from the hospital three days after the May 21 surgery.

Chronic pancreatitis, an inflammation or scarring of the pancreas, is a life-threatening

condition that destroys the pancreas and often results in severe abdominal pain, weight loss, fever, nausea, vomiting and, in some cases, cancer. Gallstones, a combination of environmental and hereditary factors can cause the disease. Sometimes the cause is unknown.

In addition to Oberholzer, UIC surgeons on the team included Dr. Pier Cristoforo Giulianotti, chief of general surgery, Dr. Enrico Benedetti, chief of transplantation, and Dr. Carlos Galvani, assistant professor of surgery. The surgical team also included Rita Hamilton from Intuitive Surgery, manufacturer of the da Vinci Surgical System.

UIC is a leader in robotic-assisted minimally invasive surgery and performs a variety of techniques of the pancreas, lung, esophagus, colon, stomach, liver, gall bladder and kidney.

The difference in my surgery and the first one is I am losing 100% of my pancreas, along with my gallbladder, duodenum and a small part of my stomach. That is why my recovery time will be longer as I should be in the hospital 8-12 days. The islets will become (if successful) functioning in 2-3 months.

I have undergone massive testing and screening for this in the last 30 days (since they admitted me into the program). I am extremely optimistic about the outcome. **This is my chance to basically come back from the dead.**

If we pull this off, I have been told I will be 90% back to the old Dan, causing trouble and general mayhem.

I have my friends and immediate family who have stuck by me in this and especially my 5 greatest kids to thank for helping me through this. Without them, I would be dead. Sometimes people have problems accepting or understanding illness and I thank those that did not abandon me during this process.

Wish me good luck in this guys. As you can imagine, it is nerve wracking. I must be crazy. In fact, as everyone has always suspected it, it is now confirmed.

Those that know me know I am big on movie quotes and the one that comes to mind for me right now if from **Saving Private Ryan**, my favorite movie:

**Keep the sand out of your weapons. Keep those actions clear. *I'll see you on the beach.***

# Exhibit B

FDA U.S. Food and Drug Administration

# MAUDE Adverse Event Report



510(k) | Registration & Listing | Adverse Events | Recalls | PMA | Classification | Standards

CFR Title 21 | Radiation-Emitting Products | X-Ray Assembler | Medsun Reports | CLIA

## INTUITIVE SURGICAL, INC. DA VINCI SURGICAL SYSTEM ENDOSCOPIC INSTRUMENT CONTROL SYSTEM

Back to Search Results

**Model Number** IS1200 A4.3P9

**Event Date** 12/14/2007

**Event Type** Other  **Patient Outcome** Other;

**Manufacturer Narrative**

The investigation conducted by isi field service engineering concluded that system error codes #20009 and #21009 were experienced by the customer and not system error code #20008. This system error code was associated with a pt side manipulator (psm). The pt side manipulator is an instrument arm located on the pt side cart, that provides the sterile interface for the endowrist instruments. The system was repaired by replacing the affected psm. The psm was returned to isi for failure analysis investigation. System error codes #20009 and #21009 appear when the da vinci safety system determines a differential change in the angular position of one or more robotic joints on the specified manipulator, as measured by that joint's primary control sensor (encoder) and the secondary sensor (potentiometer). The system alarm (system generated fault code) functioned as designed and **there was no injury to the pt.** Upon determining this condition, the safety system put da vinci in a "recoverable safe state". Based on the system error logs two motor encoders were replaced. As of january 07, 2007, there have been no reported recurrences of the issue at this hospital.

## Event Description

13

It was reported that during a da vinci procedure, the customer experienced multiple occurrences of system error code #20008. Initially, the site was able to override the error and continue with the case but the error recurred and could not be overridden. **No pt harm, adverse outcome, or injury was reported**. The procedure was converted to traditional open surgical techniques to finish the planned surgery.

Search Alerts/Recalls

New Search  |  Submit an Adverse Event Report

| | |
|---|---|
| Brand Name | DA VINCI SURGICAL SYSTEM |
| Type of Device | ENDOSCOPIC INSTRUMENT CONTROL SYSTEM |
| Manufacturer *(Section D)* | INTUITIVE SURGICAL, INC. sunnyvale CA |
| Manufacturer Contact | elymarie ablog 950 kifer rd. sunnyvale , CA 94086 (408) 523 -2205 |
| Device Event Key | 983202 |
| MDR Report Key | 976851 |
| Event Key | 936901 |
| Report Number | 2955842-2008-00017 |
| Device Sequence Number | 1 |
| Product Code | NAY |
| Report Source | Manufacturer |
| Source Type | User facility |
| Reporter Occupation | UNKNOWN |
| Remedial Action | Repair |
| Type of Report | Initial |
| Report Date | 01/07/2008 |

*1* **Device Was Involved in the Event**

*1* **Patient Was Involved in the Event**

| | |
|---|---|
| **Date FDA Received** | 01/07/2008 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | Yes |
| **Device Operator** | Service Personnel |
| **Device MODEL Number** | IS1200 A4.3P9 |
| **Was Device Available For Evaluation?** | Device Returned To Manufacturer |
| **Date Returned to Manufacturer** | 12/21/2007 |
| **Is The Reporter A Health Professional?** | No |
| **Was The Report Sent To Manufacturer?** | No |
| **Date Manufacturer Received** | 12/14/2007 |
| **Was Device Evaluated By Manufacturer?** | Yes |
| **Date Device Manufactured** | 09/01/2000 |
| **Is The Device Single Use?** | No |
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | No |
| **Is this an Explanted Device?** | |
| **Type of Device Usage** | Reuse |

**Patient TREATMENT DATA**

**Date Received: 01/07/2008 Patient Sequence Number: 1**

| # | Treatment | Treatment Date |
|---|---|---|
| 1,DA VINCI SURGICAL SYSTEM INSTRUMENTS AND | | |
| 2,ACCESSORIES | | |

# Exhibit C

I have been told by attorneys that this is as much a medical malpractice case as a Medical Device case, and I wish to view the outcome of this case before I make a decision to pursue a malpractice case, hence I am asking the statute of limitations be set with a commencement date of April 2009 and to end per statute.

## Operative Report

OBRIEN, DANIEL J - 8019654*

\* Final Report \*

| | |
|---|---|
| Result Type: | Operative Report |
| Result Date: | December 14, 2007 12:00 AM |
| Result Status: | Auth (Verified) |
| Result Title: | Operative Report- ATTENDING: Jose Oberholzer, M.D. |
| Performed By: | Oberholzer MD, Jose on December 14, 2007 8:33 PM |
| Verified By: | Oberholzer MD, Jose on December 16, 2007 9:52 AM |

### \* Final Report \*

Operative Report- ATTENDING: Jose Oberholzer, M.D. (Verified)

University of Illinois Medical Center at Chicago

Report of Operation                    Patient: OBRIEN, DANIEL

DICT: JOSE OBERHOLZER, MD          MRN: 080196544
ATTNG: JOSE OBERHOLZER, MD         Date of Surgery: 12/14/2007

PREOPERATIVE DIAGNOSIS: Chronic pancreatitis.

SURGEON(S): JOSE OBERHOLZER, MD

ASSISTANT(S):

CO-SURGEON: PROFESSOR PIERCRISTOFORO GIULIANOTTI, M.D.

PROCEDURE PERFORMED: Total pancreatectomy with autologous islet transplant, spleen preservation, Roux-en-Y, hepatic jejunostomy, pylorus preservation and pyloro-jejunostomy and surgical liver biopsy, cholecystectomy

ESTIMATED BLOOD LOSS: 1.2 liters.

PREOPERATIVE HISTORY: This is a 48-year-old Caucasian male with past history of alcohol abuse and alcoholic pancreatitis. The patient stopped drinking for several years but continued to have aggravating pain attacks from his pancreatitis. Had multiple ERCPs and was now more recently on chronic morphine medication. The patient requests surgical treatment of his pancreatitis for the treatment of his untenable pain and he understood the risk of the surgery in particular, diabetes and exocrine insufficiency and also, he understood the risk of autologous islet transplantation such as portal vein thrombosis and failure of the transplant. The patient was keen to have the procedure done with robotic assisted laparoscopy, and he was informed and understood that this would only the second case of robotic pancreatectomy combined with islet transplantation done by us or world-wide. He consented to the surgery.

DESCRIPTION OF THE SURGERY: The patient was brought to the operating theater.

**Operative Report**                          OBRIEN, DANIEL J - 8019654✗

* Final Report *

Endotracheal intubation was performed.  The patient was placed in lithotomy
position.  Disinfection and draping as usual.  We will make a small incision
in the left upper quadrant and insert the Veress needle and insufflate the
pneumoperitoneum.  Under camera view, we placed a 5-mm trocar in
the left upper quadrant.  We will then make an umbilical incision and insert
the camera port.  We will then place another trocar in the right upper
quadrant and we will then with the Harmonic scalpel bring down the
gastroepiploic ligament and identify a very inflammatory peripancreatic status
with adherence of the stomach to the pancreas.  We will then place an
additional trocar in the right upper quadrant toward the flank and then
install the da Vinci robotic system.

Professor Giulianotti will then manipulate the robotic system while I will
manipulate the conventional laparoscopic instruments.  We will then identify
the pancreatic neck after having taken down adhesions to the stomach and
having completed taking down the epiploon.  We will meticulously prepare the
pancreas, identify the pancreatic neck and then go behind the pancreatic neck
above the portal vein.  The common hepatic artery will be identified and then
the pancreas will be prepared, distal and we will then transect distally the
hilar vessels of the spleen with endovascular stapler.  We will at this point
have a bleeder which we will have to address.  Once this has been controlled,
we will continue the preparation of the pancreas.  Unfortunately, we will have
constantly dysfunctions of the da Vinci robotic system and despite contacting
the company, we will not be able to continue to operate this system and we
will have to convert to open surgery.  We will therefore make a bisubcostal
incision, open the peritoneum and install the retractors.  We will then
complete the mobilization of distal pancreas, complete the transection of the
distal splenic vessels and then identify the splenic artery.  We will then continue
our preparation toward the pancreatic head after a Kocher maneuver.  As we
moved toward the uncinate process, we will have mobilized completely the
pancreas and at this point, we will place hemostatic sutures at the upper and
lower margin of the pancreatic neck to the right toward the pancreatic head
and we will transect the pancreas very close to the pancreatic head to
have maximum tissue amount.  At this point, we will clamp the splenic vein and
splenic artery and remove the pancreas which will be immediately perfused on
the back bench with 1 liter of HTK solution.  I will also cannulate the
pancreatic duct with a 14 gauge Angiocath.  Dr. Giulianotti at this point will
continue the operation with completion of the cephalic pancreatectomy,
cholecystectomy and biliary
reconstruction, preservation of the pylorus and complete the anastomosis.  Please
see separate operative report.

In the meantime, I will go the islet isolation laboratory.  Perfuse the
pancreas with sigma 5 collagenase which has been sterilized through filtration
process and we then digest the
pancreas for about 13 minutes in the Ricordi chamber.  We will collect 4 mm
of tissue and we will then collect the tissue, wash it several times and
centrifuge it.  It will be distributed in 4 syringes of CMRL culture medium.

Operative Report                              OBRIEN, DANIEL J - 80196544

* Final Report *

It will contain a total of 62,000 islets with 98% viability and very low endotoxin
content. I will then return to the operating room and cannulate the
mesocolic vein and insert the 14-gauge Angiocath and on the portal pressure
measurement I will infuse the tissue under intraportal heparinization with
2500 units. The portal pressure will start at 6 and will peak at 11 and at
the end of the procedure will be at 8 mmHg. At this point, we will remove the
catheter and ligate the mesocolic vein. We will then perform a liver biopsy
surgically off after placing 2 hemostatic sutures of 4-0 Prolene. We will
then wash the abdominal cavity and I will then apply some fibrin glue to the
hepatic jejunostomy and again inspect all the anastomosis which looked
perfect. We will close the mesenteric gaps and attach the Roux-en-Y and
jejunal loop going to the pylorus. We will close the abdominal wall layer by
layer with #1 PDS loop and we will have placed 1 JP drain close to the bowel
duct. We will close the skin with staples and the patient brought to the
surgery ward without any difficulties.

The patient was brought in the stable condition to the transplant unit.

DD: 12/14/2007
DT: 12/14/2007
JO/cym
JOB:641563

Completed Action List:
• Perform by Oberholzer MD, Jose on December 14, 2007 6:33 PM
• Transcribe by on December 14, 2007 10:18 PM
• Sign by Oberholzer MD, Jose on December 16, 2007 9:52 AM  December 16, 2007 9:52 AM
• Modify by Oberholzer MD, Jose on December 16, 2007 9:52 AM
• VERIFY by Oberholzer MD, Jose on December 16, 2007 9:52 AM

Printed by:    Alexander RHIA, Barbara                    Page 3 of 3
Printed on     4/29/2009 10:53 AM                        (End of Report

# Exhibit D

The following is a pictorial example of my physical deteriorated condition pre and post surgery. The picture in the middle below was taken 2 weeks before surgery and the third was actually taken in October 2009. I look and feel even worse now.



6 months before I became ill
*2004*

2 weeks before transplant
*2007*

Two weeks ago
*2009*



20